UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA                :

       V.                                      : Case No. Cr. 10-286-01 (WHW)

                                                         :       O R D E R

Cesar Aridio Ortega
                                                         :


     The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

     It is on this   17th   day of   MAY  , 2010,

ORDERED that   John Yauch   from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant is this cause until further order of the Court.


                                                    S/   ESTHER SALAS
                                        UNITED STATES MAGISTRATE JUDGE