UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. Cesar Aridio Ortega, DOB ~~~~~~~, Crim. No.10-286

## PETITION FOR WRIT OF HABEAS CORPUS

(X) Ad Prosequendum          ( ) Ad Testificandum

1. Cesar Aridio Ortega, DOB ~~~~~~~ (hereinafter the "Detainee") is now confined at the Bergen County Correctional Center

2. The Detainee is charged in this District by: Indictment with a violation of 8 USC §1326 (a) & (b)(2)

3. The Detainee will return to the custody of the detaining facility upon termination of proceedings

4. The Detainee will be required at Martin Luther King Jr. Federal Building & Courthouse, Newark, New Jersey, before the Hon. William H. Walls, U.S. District Judge, on Thursday, January 20, 2011, at 10:00 a.m., for a sentencing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: 1/24/11

_____
Lakshmi Srinivasan Herman
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: January 11, 2011

_____
Hon. William H. Walls, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Bergen County Correctional Center:

WE COMMAND YOU that you have the body of

                Cesar Aridio Ortega,

now confined at the Bergen County Correctional Center, brought before the United States District Court, the Hon. William H. Walls, U.S. District Judge, in the Martin Luther King Jr. Federal Building & Courthouse at Newark, on Thursday, January 20, 2011, at 10:00 a.m. in civilian clothes, so that the Detainee may appear for a sentencing in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

        WITNESS the Honorable William H. Walls
        United States District Judge
        Newark, New Jersey.

DATED: January 11, 2011        WILLIAM T. WALSH
                                         Clerk of the U.S. District Court
                                         for the District of New Jersey

                                         Per: _____
                                                 Deputy Clerk